Order entered October 24, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00443-CV

CLINT SIMON D/B/A SHERLOCK PEST, ET AL., Appellants

V.

TUDOR INSURANCE COMPANY, Appellee

On Appeal from the 193rd District Court
Dallas County, Texas
Trial Court Cause No. DC-11-13433

## ORDER

The Court has before it appellants' October 19, 2012 motion to extend time to file brief and appendix. The Court **GRANTS** the motion and **ORDERS** that the amended brief tendered by appellants on October 19, 2012 be timely filed as of today's date.

MOLLY FRANCIS
JUSTICE